**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | | |
|---|---|---|
| In re: SCHOTT, ANDREW JOSEPH | § | Case No. 04-70341 |
| SCHOTT, MELISSA DEE | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $154,100.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $1,347.47 | Claims Discharged Without Payment: $17,408.60 |
| Total Expenses of Administration: $449.16 | |

3) Total gross receipts of $ 1,796.63 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,796.63 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 449.16 | 449.16 | 449.16 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 23,200.00 | 24,466.09 | 18,756.07 | 1,347.47 |
| **TOTAL DISBURSEMENTS** | $23,200.00 | $24,915.25 | $19,205.23 | $1,796.63 |

4) This case was originally filed under Chapter 7 on January 22, 2004. The case was pending for 88 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/10/2011          By: /s/MEGAN G. HEEG
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CASH ON HAND | 1110-000 | 250.00 |
| BANK ACCOUNTS | 1110-000 | 200.00 |
| BANK ACCOUNTS | 1110-000 | 200.00 |
| TAX REFUNDS | 1124-000 | 1,110.00 |
| Interest Income | 1270-000 | 36.63 |
| **TOTAL GROSS RECEIPTS** | | **$1,796.63** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 449.16 | 449.16 | 449.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 449.16 | 449.16 | 449.16 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Financial Services | 7100-000 | 5,800.00 | 6,378.48 | 6,378.48 | 458.24 |
| 2 | eCast Settlement Corporation | 7100-000 | 1,200.00 | 1,478.07 | 1,478.07 | 106.19 |
| 3 | Chase BankUSA,NA | 7100-000 | 11,000.00 | 10,899.52 | 10,899.52 | 783.04 |
| 4 | Citibank USA | 7200-000 | 5,200.00 | 5,710.02 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 23,200.00 | 24,466.09 | 18,756.07 | 1,347.47 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-70341  
**Case Name:** SCHOTT, ANDREW JOSEPH  
SCHOTT, MELISSA DEE  
**Period Ending:** 06/10/11

**Trustee:** (330490)  MEGAN G. HEEG  
**Filed (f) or Converted (c):** 01/22/04 (f)  
**§341(a) Meeting Date:** 03/12/04  
**Claims Bar Date:** 07/07/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  REAL ESTATE - scheduled | 111,000.00 | 0.00 | DA | 0.00 | FA |
| 2  CASH ON HAND | 250.00 | 250.00 |  | 250.00 | FA |
| 3  BANK ACCOUNTS | 200.00 | 200.00 |  | 200.00 | FA |
| 4  BANK ACCOUNTS | 1,200.00 | 200.00 |  | 200.00 | FA |
| 5  HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 6  BOOKS AND ART OBJECTS | 250.00 | 0.00 | DA | 0.00 | FA |
| 7  WEARING APPAREL | 750.00 | 0.00 | DA | 0.00 | FA |
| 8  FURS AND JEWELRY | 600.00 | 0.00 | DA | 0.00 | FA |
| 9  FIREARMS AND HOBBY EQUIPMENT | 100.00 | 0.00 | DA | 0.00 | FA |
| 10  INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | DA | 0.00 | FA |
| 11  INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | DA | 0.00 | FA |
| 12  INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | DA | 0.00 | FA |
| 13  INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | DA | 0.00 | FA |
| 14  PENSION PLANS AND PROFIT SHARING | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 15  TAX REFUNDS | 1,000.00 | 1,110.00 |  | 1,110.00 | FA |
| 16  AUTOMOBILES AND OTHER VEHICLES | 11,900.00 | 0.00 | DA | 0.00 | FA |
| 17  AUTOMOBILES AND OTHER VEHICLES | 13,500.00 | 0.00 | DA | 0.00 | FA |
| 18  ANIMALS | 0.00 | 0.00 | DA | 0.00 | FA |
| 19  Other personal property (scheduled) | 500.00 | 0.00 | DA | 0.00 | FA |
| 20  CONTINGENT AND NONCONTINGENT INTERESTS IN ESTATE  (u)<br>    Employment litigation lawsuit | Unknown | 0.00 | DA | 0.00 | FA |
| 21  Insurance Proceeds for home damages  (u) | Unknown | 0.00 | DA | 0.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A |  | 36.63 | FA |
| **22  Assets  Totals** (Excluding unknown values) | **$156,750.00** | **$1,760.00** |  | **$1,796.63** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-70341  
**Case Name:** SCHOTT, ANDREW JOSEPH  
SCHOTT, MELISSA DEE  
**Period Ending:** 06/10/11

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 01/22/04 (f)  
**§341(a) Meeting Date:** 03/12/04  
**Claims Bar Date:** 07/07/05

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   March 30, 2006        **Current Projected Date Of Final Report (TFR):**   January 26, 2011  (Actual)

Exhibit 9

# FORM 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 04-70341  
**Case Name:** SCHOTT, ANDREW JOSEPH  
SCHOTT, MELISSA DEE  
**Taxpayer ID #:** **-***4433  
**Period Ending:** 06/10/11  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****40-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/25/05 | | Sterling Federal Bank | cash, debtors wages, check account, non-exempt portion, tax refund | | | 1,760.00 | | 1,760.00 |
| | {2} | | cash and debtors wages | 250.00 | 1110-000 | | | 1,760.00 |
| | {3} | | checking accounts with Fifth Third | 200.00 | 1110-000 | | | 1,760.00 |
| | {4} | | Non-exempt portion Sterling Fed. | 200.00 | 1110-000 | | | 1,760.00 |
| | {15} | | tax refund | 1,110.00 | 1124-000 | | | 1,760.00 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | | 1270-000 | 0.52 | | 1,760.52 |
| 04/29/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | | 1270-000 | 0.51 | | 1,761.03 |
| 05/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | | 1270-000 | 0.52 | | 1,761.55 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | | 1270-000 | 0.56 | | 1,762.11 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | | 1270-000 | 0.61 | | 1,762.72 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | | 1270-000 | 0.67 | | 1,763.39 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | | 1270-000 | 0.69 | | 1,764.08 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | | 1270-000 | 0.77 | | 1,764.85 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | | 1270-000 | 0.80 | | 1,765.65 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 0.88 | | 1,766.53 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 0.99 | | 1,767.52 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 0.95 | | 1,768.47 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 1.05 | | 1,769.52 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 1.12 | | 1,770.64 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 1.20 | | 1,771.84 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 1.17 | | 1,773.01 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 1.21 | | 1,774.22 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 1.21 | | 1,775.43 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 1.12 | | 1,776.55 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 1.24 | | 1,777.79 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 1.16 | | 1,778.95 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 1.13 | | 1,780.08 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 1.18 | | 1,781.26 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 0.88 | | 1,782.14 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 0.95 | | 1,783.09 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 0.98 | | 1,784.07 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 0.98 | | 1,785.05 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 0.92 | | 1,785.97 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 1.01 | | 1,786.98 |

Subtotals :    $1,786.98    $0.00

{} Asset reference(s)    Printed: 06/10/2011 03:06 PM    V.12.56

Exhibit 9

# FORM 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 04-70341 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | SCHOTT, ANDREW JOSEPH | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | SCHOTT, MELISSA DEE | | Account: | ***-*****40-65 - Money Market Account |
| Taxpayer ID #: | **-***4433 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 06/10/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.98 | | 1,787.96 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.89 | | 1,788.85 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.05 | | 1,789.90 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.93 | | 1,790.83 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.91 | | 1,791.74 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.81 | | 1,792.55 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.36 | | 1,792.91 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.33 | | 1,793.24 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.25 | | 1,793.49 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.22 | | 1,793.71 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.22 | | 1,793.93 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.22 | | 1,794.15 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.21 | | 1,794.36 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.23 | | 1,794.59 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.19 | | 1,794.78 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.14 | | 1,794.92 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 1,795.04 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,795.11 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,795.17 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,795.24 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,795.31 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,795.38 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,795.45 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,795.52 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,795.59 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,795.66 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,795.73 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,795.80 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,795.87 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,795.94 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,796.00 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,796.08 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 1,796.09 |
| 04/06/10 | | Wire out to BNYM account 9200******4065 | Wire out to BNYM account 9200******4065 | 9999-000 | -1,796.09 | | 0.00 |

Subtotals :   $-1,786.98     $0.00

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 04-70341 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | SCHOTT, ANDREW JOSEPH | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | SCHOTT, MELISSA DEE | | **Account:** | ***-*****40-65 - Money Market Account |
| **Taxpayer ID #:** | **-***4433 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 06/10/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -1,796.09 | 0.00 | |
| | | | **Subtotal** | | 1,796.09 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,796.09** | **$0.00** | |

{} Asset reference(s)         Printed: 06/10/2011 03:06 PM    V.12.56

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 04-70341  
**Case Name:** SCHOTT, ANDREW JOSEPH  
SCHOTT, MELISSA DEE  
**Taxpayer ID #:** **-***4433  
**Period Ending:** 06/10/11

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******40-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 |  | Wire in from JPMorgan Chase Bank, N.A. account ********4065 | Wire in from JPMorgan Chase Bank, N.A. account ********4065 | 9999-000 | 1,796.09 |  | 1,796.09 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.08 |  | 1,796.17 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.11 |  | 1,796.28 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.10 |  | 1,796.38 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.11 |  | 1,796.49 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.10 |  | 1,796.59 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 |  | 1,796.60 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 |  | 1,796.61 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 |  | 1,796.62 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 |  | 1,796.63 |
| 01/11/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 |  | 1,796.63 |
| 01/11/11 |  | To Account #9200******4066 | prepare final report | 9999-000 |  | 1,796.63 | 0.00 |
|  |  | **ACCOUNT TOTALS** |  |  | **1,796.63** | **1,796.63** | **$0.00** |
|  |  | Less: Bank Transfers |  |  | 1,796.09 | 1,796.63 |  |
|  |  | **Subtotal** |  |  | **0.54** | **0.00** |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$0.54** | **$0.00** |  |

{} Asset reference(s)

Printed: 06/10/2011 03:06 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 04-70341  
**Case Name:** SCHOTT, ANDREW JOSEPH  
SCHOTT, MELISSA DEE  
**Taxpayer ID #:** **-***4433  
**Period Ending:** 06/10/11

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******40-66 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/11 | | From Account #9200******4065 | prepare final report | 9999-000 | 1,796.63 | | 1,796.63 |
| 04/05/11 | 101 | MEGAN G. HEEG | Dividend paid 100.00% on $449.16, Trustee Compensation;  Reference: | 2100-000 | | 449.16 | 1,347.47 |
| 04/05/11 | 102 | Discover Financial Services | Dividend paid   7.18% on $6,378.48; Claim# 1; Filed: $6,378.48; Reference: | 7100-000 | | 458.24 | 889.23 |
| 04/05/11 | 103 | eCast Settlement Corporation | Dividend paid   7.18% on $1,478.07; Claim# 2; Filed: $1,478.07; Reference: | 7100-000 | | 106.19 | 783.04 |
| 04/05/11 | 104 | Chase BankUSA,NA | Dividend paid   7.18% on $10,899.52; Claim# 3; Filed: $10,899.52; Reference: | 7100-000 | | 783.04 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,796.63 | 1,796.63 | $0.00 |
| | | | Less: Bank Transfers | | 1,796.63 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 1,796.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $1,796.63 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****40-65** | 1,796.09 | 0.00 | 0.00 |
| **MMA # 9200-******40-65** | 0.54 | 0.00 | 0.00 |
| **Checking # 9200-******40-66** | 0.00 | 1,796.63 | 0.00 |
| | $1,796.63 | $1,796.63 | $0.00 |